# EXHIBIT 11

1
2  UNITED STATES DISTRICT COURT
3  EASTERN DISTRICT OF NEW YORK
4  - - - - - - - - - - - - - - - - - - - - -x
5
   In Re Application of FORENSIC NEWS LLC
6  and SCOTT STEDMAN for an Order Pursuant
   to 28 U.S.C. § 1782 to Conduct Discovery
7  for Use in a Foreign Proceeding
8
   - - - - - - - - - - - - - - - - - - - - -x
9
       MDC Brooklyn - Metropolitan
10     Detention Center
       80 29th Street
11     Brooklyn, New York 11232
12     November 2, 2022
       10:12 a.m.
13
14
15     DEPOSITION of AVIRAM AZARI, a
16  Non-party witness in the above-entitled
17  action, held at the above time and place,
18  taken before SAMUEL HITTIN, a Shorthand
19  Reporter and Notary Public of the State of
20  New York, pursuant to the Federal Rules of
21  Civil Procedure, order and stipulations
22  between Counsel.
23
24            *     *     *
25

```
 1
 2   APPEARANCES:
 3
        GIBSON DUNN & CRUTCHER LLP
 4      Attorneys for Scott Stedman
        and Forensic News LLC
 5           200 Park Avenue 47th Floor
             New York, New York 10166
 6
        BY:  CATHERINE McCAFFREY, ESQ.
 7
        AND:  ERICA PAYNE, ESQ.
 8
        cmccaffrey@gibsondunn.com
 9
10
11      MOSES SINGER
        Attorneys for witness
12      AVIRAM AZARI
             405 Lexington Avenue
13           New York, New York 10174
             (212)554-7800
14
        BY:  BARRY ZONE, ESQ.
15
16
     ALSO PRESENT:
17
        EIBER TRANSLATIONS
18      Hebrew Interpreter
19      BY:  RUTH KOHN
20
21
                  *     *     *
22
23
24
25
```

```
 1
 2                    STIPULATIONS
 3      IT IS HEREBY STIPULATED AND AGREED, by
 4   and among counsel for the respective
 5   parties hereto, that the filing, sealing
 6   and certification of the within deposition
 7   shall be and the same are hereby waived;
 8      IT IS FURTHER STIPULATED AND AGREED
 9   that all objections, except as to form of
10   the question, shall be reserved to the
11   time of the trial;
12      IT IS FURTHER STIPULATED AND AGREED
13   that the within deposition may be signed
14   before any Notary Public with the same
15   force and effect as if signed and sworn to
16   before the Court.
17
18
19                *      *      *
20
21
22
23
24
25
```

1
2    R U T H    K O H N, the interpreter,
3    having been first duly sworn, by a Notary
4    Public, interpreted the testimony as
5    follows:
6
7    A V I R A M    A Z A R I, the Witness
8    herein, having first been duly sworn by
9    the Notary Public, was examined and
10   testified as follows:
11   EXAMINATION BY
12   MS. McCAFFREY:
13       Q.    Good morning.  Thank you both
14   for being here today.  My name is Cate
15   McCaffrey.  I'm an attorney with the law
16   firm of Gibson Dunn & Crutcher, and I am
17   here with my colleague Erica Payne.
18             So Mr. Azari, as you know, I am
19   not your lawyer, Mr. Zone is.  And this
20   deposition is not part of the criminal
21   case against you.  This is a proceeding
22   where you are a third-party witness.
23             I represent Forensic News LLC
24   and Mr. Scott Stedman, and we're here to
25   ask questions about Walter Soriano who has

Page 5

1            A. AZARI
2  brought a lawsuit against our client.
3            So could you please state and
4  spell your name for the record?
5     A.    Aviram Azari, A-V-I-R-A-M
6  A-Z-A-R-I.
7     Q.    Thank you.  So Mr. Azari, have
8  you been deposed before?
9     A.    No.
10    Q.    Okay.  So just a few logistics
11 before we start with the questions.
12           So this our translator, Ruth, as
13 you know, she'll be translating all my
14 questions and all your answers.  And this
15 is our court reporter who will be writing
16 everything down, both my questions and
17 your answers.
18           Do you understand?
19    A.    What's the meaning of word
20 "deposition."
21    Q.    A deposition, it is not a court
22 hearing, but it is part of a civil
23 lawsuit.  The court has given us
24 permission to ask you questions, which you
25 are obligated to answer under oath, and

```
                                            Page 49
 1              A. AZARI
 2      A.    Fifth Amendment.
 3      Q.    Okay.  Has USG performed worked
 4   for Oleg Deripaska?
 5      A.    Fifth Amendment.
 6      Q.    Has Mr. Soriano performed work
 7   for Oleg Deripaska outside of USG?
 8      A.    Fifth Amendment.
 9      Q.    Did Mr. Soriano and
10   Mr. Deripaska have a personal
11   relationship?
12      A.    Fifth Amendment.
13      Q.    Do they have a professional
14   relationship?
15      A.    Fifth Amendment.
16      Q.    Has Mr. Soriano made
17   arrangements for Mr. Deripaska?
18      A.    I don't know.
19      Q.    Has Mr. Soriano worked as a
20   direct consultant for Mr. Deripaska?
21      A.    I don't know.
22      Q.    Is Mr. Soriano -- has
23   Mr. Soriano ever communicated with
24   Mr. Deripaska?
25      A.    Fifth Amendment.
```

```
                                                      Page 65
 1                    A. AZARI
 2       Q.    Has USG ever made arrangements
 3   with OSY Technologies?
 4       A.    I don't know.
 5       Q.    Has USG ever made Circles?
 6       A.    I don't know.
 7       Q.    Has Mr. Soriano ever personally
 8   made arrangements with any of these
 9   companies?
10       A.    I don't know.
11       Q.    Okay.  I'm going to ask you
12   several questions about your involvement
13   with USG and Mr. Soriano.
14             Have you ever performed work for
15   USG?
16       A.    Fifth Amendment.
17       Q.    Have you ever performed work for
18   Mr. Soriano personally outside of USG?
19       A.    Fifth Amendment.
20       Q.    Okay.  Have you ever been paid
21   by USG?
22       A.    Fifth Amendment.
23       Q.    Have you ever been paid by
24   Mr. Soriano personally?
25       A.    Fifth Amendment.
```

Page 66

```
 1              A. AZARI
 2      Q.    Has USG ever made payments to
 3   Aviram Hawk Consultants?
 4           THE INTERPRETER:  To whom?
 5           MS. McCAFFREY:  Aviram Hawk
 6     Consultants.
 7      A.    Fifth Amendment.
 8      Q.    Has Mr. Soriano personally made
 9   payments to Aviram Hawk Consultants?
10      A.    Fifth Amendment.
11      Q.    Has USG ever made payments to
12   Panolos?
13      A.    Fifth Amendment.
14      Q.    Has Mr. Soriano personally made
15   payments to Panolos?
16      A.    Fifth Amendment.
17      Q.    Are you affiliated with any LLCs
18   in Israel?
19      A.    Fifth Amendment.
20      Q.    Are you affiliated with an LLC
21   in the Grenadines?
22      A.    Fifth Amendment.
23      Q.    Are you affiliated with an LLC
24   in Cyprus?
25      A.    Fifth Amendment.
```

```
                                                    Page 67
 1                   A. AZARI
 2        Q.     Are you affiliated with an LLC
 3   in Panama?
 4        A.     Fifth Amendment.
 5        Q.     Do you need more food?  Do you
 6   need to take a break?
 7              [Discussion held off the
 8       record.]
 9              MS. McCAFFREY:  Back on the
10       record.
11        Q.     Did USG make payments to Aviram
12   Hawk in 2012?
13        A.     Fifth Amendment.
14        Q.     Did USG make payments to Aviram
15   Hawk in 2013?
16        A.     Fifth Amendment.
17        Q.     Did USG make payments to Panolos
18   in 2012?
19        A.     Fifth Amendment.
20        Q.     Did USG make payments to Panolos
21   in 2013?
22        A.     Fifth Amendment.
23        Q.     Did USG make payments to Aviram
24   Hawk or Panolos in relation to work done
25   for Dmitry Rybolovlev?
```

```
                                                   Page 68
 1                    A. AZARI
 2        A.     Fifth Amendment.
 3        Q.     Did USG make payments to Aviram
 4   Hawk or Panolos for work performed for
 5   Oleg Deripaska?
 6        A.     Fifth Amendment.
 7        Q.     Same question for Abramovich?
 8        A.     Fifth Amendment.
 9        Q.     Did USG ever sign a written
10   contract with Aviram Hawk?
11        A.     Fifth Amendment.
12        Q.     Did USG ever enter a contract
13   with Panolos?
14        A.     Fifth Amendment.
15        Q.     Did USG ever enter a contract
16   with you personally?
17        A.     Fifth Amendment.
18        Q.     Okay.  Did you ever perform work
19   for USG?
20        A.     Fifth Amendment.
21        Q.     Did you ever perform work for
22   Mr. Soriano personally?
23        A.     Fifth Amendment.
24        Q.     Did you ever engage in hacking
25   on behalf the USG?
```