# EXHIBIT 12

[logo:] CLERK'S OFFICE * OF THE COMMERCIAL COURT

| |
|---|
| RCS: CHAMBERY |
| Registry code: 7301 |

Company deeds, orders issued in company matters, acts of natural persons

TRADE AND COMPANIES REGISTER

**The clerk of the commercial court of CHAMBERY certifies the accuracy of the information transmitted below**

Nature of the document: Deeds of companies (A)

| |
|---|
| Management number: 2011 D 00301 |
| SIREN number: 532 798 188 |
| Name or name: ANIDAM |

This submission was registered on 26/12/2014 under the submission number 7319

COMMERCIAL COURT-CHAMBERY  
FILING DATED 26 DEC. 2014  
No._____The Clerk,

# REITERATIVE DEED

On [handwritten:] *07/10*/2014

between

**MADEL B.V.**

and

**PANOLOS LIMITED**

in the presence of

**SCI ANIDAM**

[initials] [initials] [initials]

**BETWEEN:**

**Madel B.V.,** a limited liability company under Dutch law with capital of [handwritten:] *18,000*, [initials] ~~900,000~~ euros, whose registered office is located at Kingsfordweg 151, 1043GR, Amsterdam (Netherlands), registered in the Trade and Companies Register of Amsterdam under number 34284445, represented by [___], duly authorised for the purposes hereof,

(hereinafter referred to as the "**Transferor**"),

party of the first part,

**AND**

**Panolos Limited,** *an international business company* subject to the law of Saint Vincent and Grenadines, whose registered office is located at 112, Bonadie St., Kingstown, Saint Vincent, registered in the Trade and Companies Register of Saint Vincent and Grenadines under number 19635 IBC 2011, represented by [[handwritten:] *AVIRAM AZARI*], duly authorised for the purposes hereof,

(hereinafter referred to as the "**Transferee**"),

party of the second part.

The Transferor and the Transferee will hereinafter be collectively referred to as the **"Parties"** and individually as a "**Party**".

**IN THE PRESENCE OF:**

**SCI Anidam**, real estate company, whose registered office is located in Saint Bon Tarentaise (73120), subdivision known as "des Greniers", mazot called "Apoutsiak", registered in the Trade and Companies Register of Chambéry under number 532 798 188, represented by [[handwritten:] *Mr Iliyas Khrapunov*], duly authorised for the purposes hereof,

(hereinafter referred to as the "**Company**").

**INDEX**

ARTICLE 1   PURCHASE AND SALE OF SHARES ................................................................... 4

ARTICLE 2   AGREEMENT ......................................................................................................... 5

ARTICLE 3   DECLARATIONS FOR REGISTRATION ............................................................ 5

ARTICLE 4   REGISTRATION FEES .......................................................................................... 5

ARTICLE 5   JURISDICTION AND APPLICABLE LAW .......................................................... 5

ARTICLE 6   POWER FOR FORMALITIES ............................................................................... 5

**WHEREAS:**

A. The Transferor wishes to sell to the Transferee 4,999 shares of the Company (the **"Shares"),** with a nominal value of one (1) euro each (the "**Transfer").**

B. The Parties concluded an agreement entitled "*Share Transfer Agreement*" dated 13 May 2014, subjecting the completion of the Sale to the fulfilment of the conditions precedent and providing for the conclusion of a reiterative deed for the fulfilment of said conditions.

C. The conditions precedent having been fulfilled, the Parties have agreed to the conclusion of this reiterative deed.

**NOW THEREFORE, IT IS AGREED AS FOLLOWS:**

**ARTICLE 1        PURCHASE AND SALE OF SHARES**

**1.1.    Purchase and sale**

The Transferor transfers on this date to the Transferee, who accepts, the Units, as well as all the rights relating thereto, under the terms and conditions provided for in the "*Share Transfer Agreement".* The Transferee has possession thereof from the same date.

The transfer will be made binding on the Company in the forms provided for in Article 1690 of the Civil Code.

**1.2.    Price**

The Units are transferred for a price of 2,000,000 euros (hereinafter referred to as the "**Price").**

The Price is paid on the date hereof by way of offsetting against the debt held by the Transferee on the Transferor under the terms of the delegation agreement concluded on 13 May 2014.

The amounts relating to the charges and works related to the chalet owned by the Company are distributed and paid on the date hereof by the Transferor and the Transferee in accordance with Article 5.3 of the "*Share Transfer Agreement".*

**ARTICLE 2**      **AGREEMENT**

At the end of the notification of the Transfer by the Transferor to the Company and its shareholders and the decision of the Company shareholders dated [____] 2014, the latter approved, in accordance with Article 15.3 of the Company's Articles of Association, the Transfer, in favour of the Transferee.

**ARTICLE 3**      **DECLARATIONS FOR REGISTRATION**

For the collection of registration fees, the Transferor declares that:

- the Transfer does not result in the dissolution of the Company,
- the Company is predominantly a real estate company,
- the total number of shares in the Company is 5,000 shares.

**ARTICLE 4**      **REGISTRATION FEES**

The registration fees relating to this agreement shall be borne by the Transferee.

**ARTICLE 5**      **JURISDICTION AND APPLICABLE LAW**

The Commercial Court of Paris shall have sole jurisdiction for any dispute resulting from the Agreement.

The Contract is governed by French law.

**ARTICLE 6**      **POWER FOR FORMALITIES**

The Parties grant all powers to any bearer of an original hereof for the purpose of accomplishing all required formalities.

Executed in [...], in six (6) original copies, including one (1) copy for the purposes of registration, one (1) copy for the purposes of notification, one (1) copy for filing with the Registry, two (2) copies for the signatories below and one (1) copy for the Company,

On [handwritten:] 07/10/2014

                                                              [stamp:] PANOLOS Ltd.

                                                                              R.N. 19635

                                                                              [signature]

[signature]                                                             [handwritten:] *AVIRAM AZARI*

For the Transferor, **Madel B.V.,**             For the Transferee, **Panolos Ltd.,**

**Mr [___]**                                                           **Mr [___]**

[handwritten:] *[illegible]*

A.J.Stat.

[signature]

**For SCI Anidam,**

**Mr [___]**

[handwritten:] *Iliyas Khrapunov*

                     [stamp:] Recorded in: RECEIPT OF NON-RESIDENT TAXES
                     On 04/11/2014 Slip no. 2014/308 Case no. 10                 Ext 2631
                     Registration           : €100,000    Penalties:
                     Total liquidated     : one hundred thousand euros
                     Amount received    : one hundred thousand euros
                     The Tax Agent

                                    **[stamp:] Anna JUHEL**
                             Administrative Officer of Public Finance
                                       [signature]



# CERTIFICATION

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

| | |
|---|---|
| File Name(s): | Extract from Chambery Trade and Companies |
| Source Language(s): | French |
| Target Language(s): | English |

Authorized Signature:

*Charles Lilwall*
Charles Lilwall (Oct 4, 2021 11:40 GMT+1)

| | |
|---|---|
| Name: | Charles Lilwall |
| Title: | Director, Strategic Accounts |
| Date: | 4th October 2021 |

Reason for signature: I approve the accuracy of this document content as written



RCS : CHAMBERY
Code greffe : 7301

Actes des sociétés, ordonnances rendues en matière de société, actes des personnes physiques

## REGISTRE DU COMMERCE ET DES SOCIETES

**Le greffier du tribunal de commerce de CHAMBERY atteste l'exactitude des informations transmises ci-après**

Nature du document : Actes des sociétés (A)

Numéro de gestion : 2011 D 00301
Numéro SIREN : 532 798 188
Nom ou dénomination : ANIDAM

Ce dépôt a été enregistré le 26/12/2014 sous le numéro de dépôt 7319

TRIBUNAL de COMMERCE CHA...

DEPOT du **2 6 DEC. 2014**

N°...................... Le Greffier,

**ACTE REITERATIF**

Le **07/10/**2014

entre

**MADEL B.V.**

et

**PANOLOS LIMITED**

en présence de

**SCI ANIDAM**

**ENTRE :**

18'000

La société **Madel B.V.**, société à responsabilité limitée de droit néerlandais au capital de ~~900.000~~ euros, dont le siège social est situé Kingsfordweg 151, 1043GR, Amsterdam (Pays-Bas) immatriculée au Registre du Commerce et des Sociétés d'Amsterdam sous le numéro 34284445, représentée par [___], dûment habilité aux fins des présentes,

(ci-après dénommée le « **Cédant** »),

d'une part,

**ET**

La société **Panolos Limited**, *international business company* soumise au droit de Saint Vincent et Grenadines, dont le siège social est situé 112, Bonadie St., Kingstown, Saint Vincent, immatriculée au Registre du Commerce et des Sociétés de Saint Vincent et Grenadines sous le numéro 19635 IBC 2011, représentée par [ AVIRAM AZARI ], dûment habilité aux fins des présentes,

(ci-après dénommée le « **Cessionnaire** »),

d'autre part.

Le Cédant et le Cessionnaire seront ci-après dénommés collectivement les « **Parties** » et individuellement une « **Partie** ».

**EN PRESENCE DE :**

La société **SCI Anidam**, société civile immobilière, dont le siège social est situé à Saint Bon Tarentaise (73120), lotissement dit « des Greniers », mazot dénommé « Apoutsiak » immatriculée au Registre du Commerce et des Sociétés de Chambéry sous le numéro 532 798 188, représentée par [ Iliyas Khrapunov ], dûment habilité aux fins des présentes,

(ci-après dénommée la « **Société** »).

# INDEX

ARTICLE 1    ACHAT ET VENTE DES PARTS ................................................................................ 4
ARTICLE 2    AGREMENT .............................................................................................................. 5
ARTICLE 3    DECLARATIONS POUR L'ENREGISTREMENT ............................................................. 5
ARTICLE 4    DROITS D'ENREGISTREMENT ................................................................................... 5
ARTICLE 5    JURIDICTION COMPETENTE ET DROIT APPLICABLE .................................................. 5
ARTICLE 6    POUVOIR POUR LES FORMALITES ............................................................................ 5

A.A

**IL A ETE PREALABLEMENT EXPOSE CE QUI SUIT :**

A. Le Cédant souhaite vendre au Cessionnaire 4.999 parts sociales de la Société (les « **Parts** »), d'une valeur nominale d'un (1) euro chacune (la « **Cession** »).

B. Les Parties ont conclu un contrat intitulé « *Share Transfer Agreement* » en date du 13 mai 2014, soumettant la réalisation de la Cession à la réalisation de conditions suspensives et prévoyant la conclusion d'un acte réitératif à la réalisation desdites conditions.

C. Les conditions suspensives ayant été réalisées, les Parties sont convenues de la conclusion du présent acte réitératif.

**CECI AYANT ETE EXPOSE, IL A ETE CONVENU CE QUI SUIT :**

**ARTICLE 1    ACHAT ET VENTE DES PARTS**

**1.1.    Achat et vente**

Le Cédant cède ce jour au Cessionnaire, qui accepte, les Parts, ainsi que tous les droits y afférents, dans les termes et conditions prévus aux termes du « *Share Transfer Agreement* ». Le Cessionnaire en a la jouissance à compter de la même date.

La cession sera rendue opposable à la Société dans les formes prévues à l'article 1690 du Code civil.

**1.2.    Prix**

Les Parts sont cédées moyennant un prix de 2.000.000 d'euros (ci-après dénommé le « **Prix** »).

Le Prix est payé à la date des présentes par voie de compensation contre la créance détenue par le Cessionnaire sur le Cédant aux termes du contrat de délégation conclu le 13 mai 2014.

Les sommes relatives aux charges et aux travaux liés au chalet détenu par la Société sont réparties et payées à la date des présentes par le Cédant et le Cessionnaire conformément à l'article 5.3 du « *Share Transfer Agreement* ».

**ARTICLE 2    AGREMENT**

A l'issue de la notification de la Cession par le Cédant à la Société et à ses associés de la Société et de la décision des associés de la Société en date du [_____] 2014, les associés de la Société ont agréé, conformément à l'article 15.3 des statuts de la Société, la Cession, au profit du Cessionnaire.

**ARTICLE 3    DECLARATIONS POUR L'ENREGISTREMENT**

Pour la perception des droits d'enregistrement, le Cédant déclare que :

- la Cession n'entraîne pas de dissolution de la Société,

- la Société est à prépondérance immobilière,

- le nombre total de parts sociales de la Société est de 5.000 parts sociales.

**ARTICLE 4    DROITS D'ENREGISTREMENT**

Les droits d'enregistrement afférents aux présentes seront à la charge du Cessionnaire.

**ARTICLE 5    JURIDICTION COMPETENTE ET DROIT APPLICABLE**

Le Tribunal de Commerce de Paris sera seul compétent pour toute contestation résultant du Contrat.

Le Contrat est régi par le droit français.

**ARTICLE 6    POUVOIR POUR LES FORMALITES**

Les Parties confèrent tous pouvoirs à tout porteur d'un original des présentes à l'effet d'accomplir toutes formalités requises.

Fait à [___], en six (6) exemplaires originaux, dont un (1) exemplaire pour les besoins de l'enregistrement, un (1) exemplaire pour les besoins de la signification, un (1) exemplaire pour le dépôt au Greffe, deux (2) exemplaires pour les signataires ci-dessous et un (1) exemplaire pour la Société,

Le  07/10/  2014

_____
Pour le Cédant, **Madel B.V.**,
Monsieur [___]

Maatwere Marykwt B.v.
A.J. Stot

_____
Pour la Société, **SCI Anidam**,
Monsieur [___]

iliyas khrapunov

AVIRAM AZARI
_____
Pour le Cessionnaire, **Panolos Ltd.**,
Monsieur [___]

[Stamp: PANOLOS Ltd. R.N.: 19635]

Enregistré à : RECETTE DES IMPOTS DES NON-RESIDENTS
Le 04/11/2014 Bordereau n°2014/308 Case n°10                     Ext 2631
Enregistrement     :  100 000 €         Pénalités :
Total liquidé      :  cent mille euros
Montant reçu       :  cent mille euros
L'Agente des impôts

Anna JUHEL
Agente administrative
des Finances publiques