UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/7/2022
```

In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

22 Misc. 347 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 6, 2022, Petitioners filed a motion for discovery. ECF No. 1. Accordingly:

1. By **December 16, 2022**, Petitioners shall serve Respondent.
2. By **December 23, 2022**, Petitioners shall file proof of service on the docket.
3. By **January 20, 2023**, Respondent shall file its opposition to Petitioners' motion.
4. By **February 3, 2023**, Petitioners shall file their reply, if any.

SO ORDERED.

Dated: December 7, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge