**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of FORENSIC NEWS LLC
and SCOTT STEDMAN for an Order
Pursuant to 28 U.S.C. § 1782 to Conduct
Discovery for Use in a Foreign Proceeding.

Case No. 22-mc-347-AT

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jessica N. Meyers of Brown Rudnick LLP, an attorney in good standing and admitted to practice in this Court, hereby enters an appearance in the above-captioned action as counsel for Walter Soriano.

Dated: January 20, 2023
     New York, New York

BROWN RUDNICK LLP

By: /s/ Jessica N. Meyers
Jessica N. Meyers
7 Times Square
New York, New York 10036
jmeyers@brownrudnick.com
Tel: (212) 209-4938
Fax: (212) 209-4801

*Attorney for Walter Soriano*