# EXHIBIT 2

N244

# Application notice

For help in completing this form please read
the notes for guidance form N244Notes.

Find out how HM Courts and Tribunals Service uses personal information you give them
when you fill in a form:
https://www.gov.uk/government/organisations/hm-courts-and- tribunals-service/about/personal-information- charter

| | |
|---|---|
| **Name of court** High Court of Justice, King's Bench Division, Media & Communications List | **Claim no.** QB-2020-002450 |
| **Fee account no.** (if applicable) | **Help with Fees – Ref. no.** (if applicable) |
| | H W F - ☐☐☐ - ☐☐ |
| **Warrant no.** (if applicable) | |
| **Claimant's name** (including ref.) WALTER TZVI SORIANO | |
| **Defendant's name** (including ref.) (1) FORENSIC NEWS LLC; (2) SCOTT STEDMAN; (3) ERIC LEVAI; | 19 Jan 2023 QB-2020-002450 Sub Event ID: 82 |
| **Date** | 19 January 2023 |

1. What is your name or, if you are a legal representative, the name of your firm?

   Rechtschaffen Law

2. Are you a    ☐Claimant    ☐Defendant    ☒Legal Representative

   ☐Other (please specify) [        ]

   If you are a legal representative whom do you represent?    Claimant

3. What order are you asking the court to make and why?

   1. An anti-suit injunction pursuant to s.37(1) of the Senior Courts Act 1981.
   2. Costs on the indemnity basis.

   because D1 and D2 are pursuing an application in the District Court of the Southern District of New York which, for the reasons summarised in the Sixth statement of Shlomo Rechtschaffen is vexatious, oppressive and unconscionable and which will interfere with the efficient conduct of the present proceedings in London.

**N244** Application notice (01.21)

1

| | | |
|---|---|---|
| 4. Have you attached a draft of the order you are applying for? | ☒ Yes | ☐ No |
| 5. How do you want to have this application dealt with? | ☒ at a hearing | ☐ without a hearing |
| | ☐ at a telephone hearing | |
| 6. How long do you think the hearing will last? Is this time estimate agreed by all parties? | ☐ days    2 hours | |
| | ☐ Yes | ☒ No |
| 8. Give details of any fixed trial date or period | Hearing fixed for 2-3 March 2023. | |
| 9. What level of Judge does your hearing need? | High Court Judge, M&C List | |
| 10. Who should be served with this application? | Claimant to serve Defendants | |
| 9a. Please give the service address, (other than details of the claimant or defendant) of any party named in question 9. | | |

11. What information will you be relying on, in support of your application?

☒ the attached witness statement

☐ the statement of case

☐ the evidence set out in the box below

| |
|---|
| If necessary, please continue on a separate sheet. |

# Statement of Truth

I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

☐ **I believe** that the facts stated in section 10 (and any continuation sheets) are true.

☒ **The Applicant believes** that the facts stated in section 10 (and any continuation sheets) are true. **I am authorised** by the applicant to sign this statement.

**Signature**

☐ Applicant

☐ Litigation friend (where applicant is a child or a Protected Party)

☒ Applicant's legal representative (as defined by CPR 2.3(1))

**Date**

| Day | Month | Year |
|---|---|---|
| 19 | 01 | 2023 |

**Full name**

Shlomo Rechtschaffen

**Name of applicant's legal representative's firm**

Rechtschaffen Law

**If signing on behalf of firm or company give position or office held**

Director/Principal

Applicant's address to which documents should be sent.

**Building and street**

8a Green Walk

**Second line of address**

**Town or city**

London

**County** (optional)

**Postcode**

N W 4 2 A J

**If applicable**

**Phone number**

07932016551

**Fax number**

**DX number**

**Your Ref.**

**Email**

Shlomo@rlawoffices.co.uk