# EXHIBIT B

IN THE HIGH COURT OF JUSTICE  Claim No. QB-2020-002450
KING'S BENCH DIVISION
MEDIA AND COMMUNICATIONS LIST

**B E T W E E N**



10-Feb-23

**WALTER TZVI SORIANO**

Applicant / Claimant

– and –

**(1) FORENSIC NEWS LLC
(2) SCOTT STEDMAN**

Respondents /
First and Second Defendants

**(3) ERIC LEVAI**

Third Defendant

---

## ORDER

**UPON** the application of the Claimant by application notice dated 19 January 2023 for an anti-suit injunction pursuant to section 37(1) of the Senior Courts Act 1981 (the "**Claimant's Application**")

**AND UPON** reading the sixth witness statement of Shlomo Rechtschaffen, the fourth witness statement of Patrick Doris and the witness statement of Anne Champion

**AND UPON** hearing from Counsel for the Claimant and Counsel for the Respondents

**IT IS ORDERED THAT**

1. The Claimant's Application is dismissed.

2. The Claimant shall pay the Respondents' costs of the Claimant's Application, subject to detailed assessment, if not agreed.

3. The Claimant shall pay to the Respondents the sum of £102,970.20 on account of the costs ordered at paragraph 2 above, subject to the Claimant's right to set off any sums owed to him by the Respondents by way of costs against his liability to pay costs to the Respondents under this order.

4. The Claimant's application for permission to appeal this order is refused.

**Observations**

(1)  My reasons for refusing permission to appeal are set out in the Form N460, which will be sent to the parties with the sealed copy of this order.

(2)  In absolute terms, the costs incurred by the Defendants are high relative to the length of the hearing. I am not confident that they can be fairly assessed summarily in this case. The costs should, in my view, be subject to detailed assessment, if not agreed. There is no good reason not to order a payment on account. An order for a payment on account of 60% of the costs claimed is, in my view, reasonable. The Claimant should be able to set off any outstanding costs owed to him against his liability to pay the amount ordered to be paid under paragraph 3 of this order.

Dated 10 February 2023