**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

<u>VIA ECF</u>

March 3, 2023

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Courtroom: 15D

Re: *In re Application of Forensic News LLC & Scott Stedman for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*, No. 1-22-mc-347

Dear Judge Torres:

We write as counsel for Petitioners Scott Stedman and Forensic News LLC ("Petitioners") to inform the Court, Respondent, and Intervenor that the underlying matter pending before the UK courts that gave rise to this application for discovery pursuant to 28 U.S.C. § 1782 has been settled and thus Petitioners voluntarily withdraw this application pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  A notice of voluntary dismissal is filed concurrently herewith.

As always, we thank the Court for its consideration.

Respectfully submitted,

<u>/s/ Anne Champion</u>
Anne Champion


CC:  All attorneys of record